

# Missouri Court of Appeals
## Southern District

**FEBRUARY 18, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD32649

      Re:    STEPHEN THOMASSON
              Appellant,
              vs.
              STATE OF MISSOURI,
              Respondent.